

# Fourth Court of Appeals
## San Antonio, Texas

August 30, 2021

No. 04-21-00346-CR

Noel **RAMOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR5308B
Honorable Pat Priest, Judge Presiding

# O R D E R

The trial court imposed sentence on May 27, 2014. Because appellant did not file a motion for new trial, the notice of appeal was due to be filed on June 26, 2014. Tex. R. App. P. 26.2(a)(1). On August 18, 2021, appellant filed a pro se "Late Notice of Appeal," which we will construe as a motion to late-file his notice of appeal.

"A timely notice of appeal is necessary to invoke the jurisdiction of this Court." *Taylor v. State*, 424 S.W.3d 39, 43 (Tex. Crim. App. 2014). "A defendant's notice of appeal is timely if filed within thirty days after the day sentence is imposed or suspended, or within ninety days after sentencing if the defendant timely files a motion for new trial." *Id.* (citing Tex. R. App. P. 26.2(a)(1)). Because appellant did not timely file a notice of appeal, it appears that we lack jurisdiction over this appeal.

We, therefore, ORDER appellant to show cause **no later than September 13, 2021** why this appeal should not be dismissed for lack of jurisdiction. If appellant does not timely respond, this appeal will be dismissed. All appellate deadlines are suspended until further order of the court.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of August, 2021.



MICHAEL A. CRUZ, Clerk of Court